■ In the Matter of COCA-COLA BOTTLING CO. OF NEW YORK, INC., Appellant, v ASSESSOR OF TOWN OF GEDDES et al., Respondents. [661 NYS2d 384] —Order unanimously reversed on the law without costs, petitions reinstated and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in not considering petitioner's comparable sales because they were not within the Town of Geddes. "The differences between the comparables and the differences between them and [the] subject property are the proper subject of adjustment by expert witnesses and the degree of comparability becomes a question of fact" (*Niagara Falls Urban Renewal Agency v 123 Falls Realty*, 66 AD2d 1009, 1010, *appeal dismissed* 46 NY2d 997, *lv denied* 47 NY2d 711). Whether to receive " 'evidence of sales of property beyond the immediate vicinity of the subject property is a matter resting in the sound discretion of the trial judge' " (*Matter of Great Atl. & Pac. Tea Co. v Kiernan*, 42 NY2d 236, 241, quoting *Levin v State of New York*, 13 NY2d 87, 92).

We therefore remit the matter to Supreme Court to evaluate petitioner's comparable sales and to make additional findings. A determination based on all of the court's findings is required. (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—RPTL.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.